IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02650-RBJ-BNB

ALLSTATE INDEMNITY COMPANY as subrogee of Chet Hayes,
CHET HAYES, an individual, and
TANYA HAYES, an individual,

Plaintiffs,

v.

THE INTERMOUNTAIN RURAL ELECTRIC ASSOCIATION,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 17, 2012**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 4, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge